1  Michael Avanesian, Esq. (SBN 278685)
   Ani Megerdichian, Esq. (SBN 311648)
2  JT LEGAL GROUP, APC
   801 N. Brand Blvd., Suite 1130
3  Glendale, California 91203
   Tel: 818.745.1462 | Fax: 818.286.0250
4  ani@jtlegalgroup.com

5  Attorneys for Plaintiff,
   ERICA HOXWORTH
6

7  Garret F. Smith (SBN #253539)
   CANNON & NELMS
   A Professional Corporation
8  160 South Old Springs Road, Suite 200
   Anaheim, CA 92808
9  Telephone:  714 637-4400
   Facsimile:  714 637-4444
10 Email:  gsmith@cannonnelms.com

11 Attorneys for Defendant,
   BRUCE MARSHALL
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA CAROLINA HOXWORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE MARSHALL; and, DOES 1 through 20, Inclusive,<br><br>    Defendants. | Docket No. 2:21-cv-01784-MRW<br>[*Assigned to the Hon. Michael R. Wilner Courtroom 550, 5TH Floor*]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and (collectively, the "Parties"), through their counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE. The Parties further stipulate that they shall bear their own attorneys' fees and costs in connection with this action.

///

///

| | |
|---|---|
| | JT Legal Group, APC |
| DATED: January 25, 2022 | By: _____ |
| | Ani Megerdichian, Esq. |
| | Attorneys for Plaintiff |
| | ERICA HOXWORTH |
| | |
| | CANNON & NELMS |
| Dated: January 25, 2022 | By: _____ |
| | GARRET F. SMITH, Esq. |
| | Attorneys for Defendant, |
| | BRUCE MARSHALL |